Case 5:11-cv-00713-DMG-JCG   Document 18   Filed 12/29/11   Page 1 of 1   Page ID #:155

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN CARTER,<br>　　　　　Petitioner,<br>　　　v.<br>F.X. CHAVEZ, Warden,<br>　　　　　Respondent. | Case No. ED CV 11-0713 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 29, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE